UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTOINETTE WARD,

                    Plaintiff,

-against-

DR. CHEMERINSKI, ET AL.,

                    Defendants.

23-CV-6410 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff filed this action *pro se.* By order dated November 28, 2023, the Court: (1) dismissed the complaint for failure to state a claim on which relief may be granted; (2) granted Plaintiff 60 days' leave to replead her claims; and (3) alerted Plaintiff that if she did not file an amended complaint within 60 days, the action would be dismissed. Plaintiff has not filed an amended complaint or otherwise communicated with the Court. Accordingly, the Court dismisses Plaintiff's claims for the reasons set forth in the December 28, 2023 order; and declines, under 28 U.S.C. § 1367(c), to exercise supplemental jurisdiction of any state law claims.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

    The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   February 20, 2024
           New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge